UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV15-09373 JAK (KKx) | Date | April 27, 2016 |
|---|---|---|---|
| Title | Ted VanCleave v. Paul Rock Produced, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE FOR LACK OF PROSECUTION   JS-6**

This action was filed on December 3, 2015. Dkt. 1. An Order to Show Cause re Dismissal was filed on March 4, 2016, ordering Plaintiff either to: (i) respond in writing no later than March 18, 2016, as to why the matter should not be dismissed for lack of prosecution; or (ii) serve the summons and complaint pursuant to Fed. R. Civ. P. 4(m) (the "OSC"). Dkt. 10. Plaintiff responded to the OSC and requested a 30-day extension to serve Defendant. Dkt. 12. The request for a 30-day extension was granted and a new date of April 25, 2016 was set for the filing of the proof of service. Dkt. 13. Because a proof of service has not been filed, and no further response to the OSC or request for additional time to serve Defendant has been filed, the Court dismisses the matter for lack of prosecution and failure to follow the Court's Orders.

**IT IS SO ORDERED.**

                                                                                         :

Initials of Preparer   ak